## Commonwealth *v.* Woody, Appellant.

Submitted June 11, 1969. *Harry J. Greenstein,* for appellant; *Edward G. Rendell* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Moyer *v.* Scholl Lumber Company (et al., Appellant).

Argued June 11, 1969. *Stanley E. Stettz,* with him *Fackenthal, Teel & Stettz,* for appellant; *Joseph F. Leeson,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

Order affirmed.